IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAREN BOWEN                                                                                    PLAINTIFF

vs.                                          CASE NO. **4:06CV1077GH**

UNUM LIFE INSURANCE
COMPANY OF AMERICA
                                                                                                    DEFENDANT

## **ORDER**

On joint motion of the parties, for good cause shown, the case is hereby remanded to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 30th day of November, 2006.

*George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE